**DISMISS and Opinion Filed May 7, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00025-CV

**RYDER TRUCK RENTAL, INC. D/B/A RYDER TRANSPORTATION SERVICES, Appellant**
**V.**
**ECO SPECIALTY LOGISTICS INC., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-07720**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

Appellant has filed a motion to dismiss the appeal. Pursuant to Texas Rule of Appellate

Procedure 42.1(a)(1), we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190025F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RYDER TRUCK RENTAL, INC. D/B/A
RYDER TRANSPORTATION
SERVICES, Appellant

No. 05-19-00025-CV          V.

ECO SPECIALTY LOGISTICS INC.,
Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-07720.
Opinion delivered by Chief Justice Burns,
Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Eco Specialty Logistics Inc. recover its costs, if any, of this appeal from appellant Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services.

Judgment entered May 7, 2019.